**ORDER entered June 6, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00029-CV

## IN RE MICHAEL AMEND AND LOWE'S COMPANIES, INC., Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00257-2019**

## ORDER

Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **LIFT** the stay in this case and

**DENY** relators' petition for writ of mandamus.

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE